UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

_____

Randolph Pentel, et al.,                    Case No. 0:18-cv-01447 (PJS/TNL)

          Plaintiffs,
                                            **STIPULATION TO EXTEND TIME**
v.                                          **TO ANSWER COMPLAINT**

Michael Shepard, et al.,

          Defendants.

_____

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Michael Shepard, by their respective undersigned attorneys, that Defendant Michael Shepard, in his individual capacity as an Officer of the City of Mendota Heights' time to file an Answer to the Complaint in this case (ECF Doc. 1) but not to otherwise plead is extended up to and including June 29, 2018.

                                              **SAPIENTIA LAW GROUP PLLC**

Dated: June 20, 2018                        By: */s/ Jonathan A. Strauss*
                                            Jonathan A. Strauss (#0279602)
                                            Sonia Miller-Van Oort (#278087)
                                            Robin M. Wolpert (#310219)
                                            Lorenz F. Fett (#196769)
                                            120 South Sixth Street, Suite 100
                                            Minneapolis, MN 55402
                                            Phone: (612) 756-7100
                                            Fax: (612) 756-7101
                                            jons@sapientialaw.com
                                            soniamv@sapientialaw.com
                                            robinw@sapientialaw.com
                                            larryf@sapientialaw.com

        and

**ENGELMEIER & UMANAH PA**
Charles V. Firth (#0257825)
706 Second Avenue South, Suite 1100
Minneapolis, MN 55402
Phone: (612) 455-7720
Fax: (612) 455-7740
charlief@e-ulaw.com

*Attorneys for Plaintiffs*

**HELEY, DUNCAN & MELANDER, PLLP**

Dated: June 20, 2018        By: /s/ Mark P. Hodkinson
                                     Mark P. Hodkinson (#159189)
                                     mhodkinson@heleyduncan.com
                                     Elizabeth P. Ridley (#396678)
                                     eridley@heleyduncan.com
                                     8500 Normandale Lake Boulevard
                                     Suite 2110
                                     Minneapolis, MN  55437
                                     Telephone: 952-841-0001
                                     Facsimile: 952-841-0041

                                     *Attorneys for Defendant Michael Shepard*