# UNITED STATES DISTRICT COURT
## District of Minnesota

Randolph Pentel,
Kim Povolny,
Michelle Povolny,
Michael Povolny,

        Plaintiffs,

v.

Michael Shepard,
  City of Mendota Heights,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  18-cv-1447 NEB/TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.**  Upon the filing of the FRCP 68 Offer of Judgment on 6/4/2019 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Michelle Povolny against Defendant Michael Shepard in the amount of $2,550.00.

| 6/5/2019 | KATE M. FOGARTY, CLERK |
|---|---|
| Date | A. Halverson |
| | (By):  A. Halverson, Deputy Clerk |