# UNITED STATES DISTRICT COURT
## District of Minnesota

Randolph Pentel,
Kim Povolny,
Michelle Povolny,
Michael Povolny,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 18-cv-1447 NEB/TNL

Michael Shepard,
City of Mendota Heights,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.** Upon the filing of the FRCP 68 Offer of Judgment on 6/4/2019 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Kim Povolny against Defendant Michael Shepard in the amount of $2,550.00.

| 6/5/2019 | KATE M. FOGARTY, CLERK |
|---|---|
| Date | A. Halverson |
| | (By): A. Halverson, Deputy Clerk |