# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RANDOLPH PENTEL, ET AL., | Case No. 18-CV-1447 (NEB/TNL) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| MICHAEL SHEPARD, ET AL, | |
| Defendants. | |

Plaintiff Michael Povolny's claims in the above-entitled action, having been fully resolved and settled between Plaintiff Michael Povolny and Defendants City of Mendota Heights and Michael Shepard, and having entered into a Stipulation of Dismissal With Prejudice [ECF No. 105],

IT IS HEREBY ORDERED that Plaintiff Michael Povolny's claims against Defendants City of Mendota Heights and Michael Shepard are DISMISSED WITH PREJUDICE, each party to bear its own costs, disbursements and attorney's fees.

Dated: March 25, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge